STATE OF MONTANA,
    Plaintiff,

CAUSE NO. DC-13-051(D)
DECISION

-vs-
SHANE PATTERSON ROE,
    Defendant.

On August 8, 2013, the Defendant was sentenced for Count II: Criminal Possession of Dangerous Drugs, a felony, in violation of Section 45-9-102(1), MCA, to Montana State Prison for Five (5) years; credit for 285 days served in custody; Count I: Assault With A Weapon, a felony, in violation of 45-5-213(1)(a), MCA, was Dismissed; and other terms and conditions given in the Judgment and Sentence on August 8, 2013.

On February 28, 2014, the Defendant's Application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court (hereafter "the Division").

Before hearing the Application, the Defendant was advised that the Division has the authority not only to reduce the sentence or affirm it, but also increase it. The Defendant was further advised that there is no appeal from a decision of the Division. The Defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 12, Rules of the Sentence Review Division of the Supreme Court of Montana, provides that, "The sentence imposed by the District Court is presumed correct. The sentence shall not be reduced or increased unless it is clearly inadequate or clearly excessive." (Section 46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is clearly inadequate or clearly excessive.

Therefore, it is the unanimous decision of the Division that the sentence shall be AFFIRMED.

Done in open Court this 28th day of February, 2014.

DATED this 31st day of March, 2014.

Chairperson, Hon. Brad Newman, Member Hon. Kathy Seeley and Member Hon. Brenda Gilbert.

On September 12, 2013, the Defendant was sentenced for Count I: Burglary, a felony, in violation of Section 45-6-204(1)(b), MCA, committed to Montana State Prison for Ten (10) years under Section 46-18-201, MCA; Count II: Burglary, a felony, in violation of Section 45-6-204(1)(b), MCA, committed to Montana State Prison for Ten (10) years under Section 46-18-201, MCA, to run concurrently with Count I; Count III: Theft, a felony, in violation of Section 45-6-301(3)(a), MCA, committed to Montana State Prison